Commonwealth *v.* Keller, Appellant.

Commonwealth *v.* McAdams, Appellant.

Before SCIRICA, J., without a jury.

Argued June 9, 1975. *Donald M. Moser,* with him *Peruto, Ryan & Vitullo,* for appellant at No. 596; *Joseph P. Lynch,* with him *DiGiacomo & Lynch,* for appellant at No. 605; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.